ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY
Special Assistant United States Attorney
California Bar No. 176877

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8974
Facsimile: (415) 744-0134
E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant,
Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GREG A. CROSS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. CV. NO. 09-161 E<br><br>**JUDGMENT OF REMAND**<br><br>Court:  Hon. Charles F. Eick<br>U.S. Magistrate Judge |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: 5/19/10

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE